Opinion issued February 20, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00003-CV

____________


FIRST CAPITAL INTEREST, Appellant


V.


MILTON FEDER, SUBSTITUTE TRUSTEE, AND OSAMA LATIF, Appellees






On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 2002-61294






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss its appeal. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Wilson. (1) 

1. The Honorable Davie Wilson, retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.